UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIDVALE PAPER BOX COMPANY, INC., | : |
| Plaintiff | : CIVIL ACTION NO. 3:20-0022 |
| v | : |
| CINTAS CORPORATION d/b/a CINTAS FIRE PROTECTION, | : (JUDGE MANNION) |
| Defendant | : |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDRED THAT:**

**(1)** Cintas's motion to dismiss or strike the request for punitive damages, (Doc. 16), at this stage of the proceedings, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 2, 2021**
20-43-01-Order