UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDVALE PAPER BOX COMPANY, INC.,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-0022 |
| | : | |
| v | : | (JUDGE MANNION) |
| **CINTAS CORPORATION d/b/a CINTAS FIRE PROTECTION,** | : | |
| | : | |
| Defendant/Third Party Plaintiff | : | |
| | : | |
| and | : | |
| | : | |
| **CUSTOM SEATS, INC. d/b/a BACKSPIN SEATING,** | : | |
| | : | |
| Third Party Defendant | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDRED THAT:**

**(1)** Cintas's third-party complaint, (Doc. 19), is **DISMISSED without prejudice**. Cintas shall file an amended complaint that adequately alleges subject matter jurisdiction within twenty-one (21) days of the date of this Order. The court will direct the Clerk of Court to close this case if Cintas fails to file a timely amended complaint.

- 2 -

**(2)** Because Cintas' third-party complaint is dismissed, Custom Seats' cross-claims asserted against Cintas, (Doc. 23), and motion for summary judgment on its cross-claims, (Doc. 65), are **DISMISSED without prejudice as moot**. For the same reason, Cintas' motion for summary judgment, (Doc. 64), is **DISMISSED without prejudice as moot**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**DATED: April 14, 2022**
20-22-02-Order