UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDVALE PAPER BOX COMPANY, INC.,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:20-0022 |
| : | |
| v : | |
| : | (JUDGE MANNION) |
| **CINTAS CORPORATION d/b/a CINTAS FIRE PROTECTION,** : | |
| : | |
| Defendant/Third Party Plaintiff : | |
| : | |
| and : | |
| : | |
| **CUSTOM SEATS, INC. d/b/a BACKSPIN SEATING,** : | |
| : | |
| Third Party Defendant : | |

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1) Cintas' motion for summary judgment, (Doc. 64), regarding all counts of the third-party amended complaint, (Doc. 74), is **DENIED** as to Counts I and II, and **DENIED as moot** as to Count III.

(2) Cintas' motion for summary judgment, (Doc. 64), regarding Custom Seats' cross-claims, (Doc. 23), is **DENIED as moot**.

**(3)** Custom Seats' motion for summary judgment, (Doc. 66), regarding all counts of the third-party amended complaint, (Doc. 74), is **GRANTED** as to Counts I and II and **DENIED** as to Count III.

**(4)** Insofar Custom Seats moves for summary judgment, (Doc. 66), regarding its cross-claims, (Doc. 23), such a motion is **DENIED as moot**.

**(3)** As no claims remain, the Clerk of the Court is **DIRECTED** to close the above-captioned action.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 28, 2022**
20-22-03-ORDER